NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000395
12-APR-2012
10:35 AM**

NO. CAAP-11-0000395

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR ARGENT SECURITIES INC., SERIES 2005-W4,
Plaintiff-Appellee,
v.
KEVIN A. ARDONA, Defendant-Appellant,
and
JOHN DOES 1-50, and JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1RC11-1-282)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Kevin A. Ardona filed a notice of appeal on May 10 2011; (2) on March 14, 2012, the appellate clerk informed Appellant that: (a) the time for filing the opening brief had expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure (HRAP), the matter would be called to the attention of the court on March 24, 2012 for such action as the

court deems proper; and (c) the appeal may be dismissed; and (3) Appellant did not respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED:  Honolulu, Hawai'i, April 12, 2012.

Presiding Judge

Associate Judge

Associate Judge